FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 16 2005

JAMES W. McCORMACK, CLERK
By: V. Burne
　　　　　　　　　DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROBERT LACEY et al | ) |
|     *Plaintiffs,* | ) |
| v. | ) |
| | ) ) No. 4:04CV000184 SWW |
| BIG IMPRESSIONS, L.L.C., | ) |
|     *Defendant.* | ) |

## CONSENT ORDER

This matter is before the Court upon notice that the parties have agreed to settle the case in its entirety and have jointly requested the Court enter this Order. Upon consideration of the matter, the arguments of counsel, applicable principles of law, and all pertinent material of record,

**IT IS HEREBY ORDERED** that:

1) The above captioned civil case shall be dismissed with prejudice.

2) Defendant Big Impressions L.L.C. will not use in commerce the GCIU mark, the mark of the GCIU's successor, the Graphic Communications Conference of the International Brotherhood of Teamsters (GCC/IBT), the mark of any predecessor of the GCIU, or the mark of the International Allied Printing Trades Association (IAPTA) to which the GCIU is a party, without the written consent of the GCIU or its successors, in connection with the sale, distribution or advertising of goods and services, specifically but not limited to signs, banners, bumper stickers, vinyl decals, campaign literature and other printed material for candidates for political office.

3) Defendant Big Impressions, L.L.C. will not affix, apply, annex or cause to be affixed, applied or annexed, the GCIU and IAPTA marks, and the predecessor or successor marks of the GCIU without the written consent of the GCIU to any goods or services, specifically but not limited to signs, banners, bumper stickers, vinyl decals, campaign literature and other printed material for candidates for political office.

4) Defendant Big Impressions, L.L.C. will not represent, advertise or publicize that Big Impressions L.L.C. has the right to produce products bearing the GCIU and IAPTA marks or the predecessor and successor marks of the GCIU.

5) Defendant Big Impressions, L.L.C. will not produce any products forwarded to it by any preparatory shop bearing the GCIU and IAPTA marks, or the predecessor and successor marks

of the GCIU, nor forward any preparatory work produced by it without the GCIU and IAPTA marks to a shop where the GCIU and IAPTA marks or the predecessor and successor marks of the GCIU will be added.

6) Defendant Big Impressions L.L.C., within ten (10) days of the entry of this Order, shall pay to Plaintiffs'' attorney, the sum of Eight Thousand Five Hundred Dollars ($8,500.00) in the form of a certified bank or cashier's check.

7) Plaintiffs hereby release and discharge Big Impressions L.L.C., of and from all claims of whatsoever kind and nature, prior to and including the date hereof, growing out of the litigation filed in the United States District Court for the Eastern District of Arkansas, Western Division, Case No.4-04:CV 000184, and resulting or to result from the sale, distribution, or advertising of goods and services, specifically, but not limited to, signs banners, bumper stickers, vinyl decals, campaign literature, and other printed material for candidates for political office.

**SO ORDERED** this _16th_ day of ~~August~~ September, 2005.

_____
UNITED STATES DISTRICT JUDGE

*We request the entry of this Order:*

_____
Martin R. Ganzglass – DC Bar No. 024174
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1900 L Street, N.W.
Washington, D.C. 20036

_____
Thomas McGowan – AR Bar No. 15844
Provost Umphrey
1 Riverfront Place, Suite 605
North Little Rock, Arkansas 72114
Attorneys for Plaintiffs

_____
Steven R. Smith
Ron Goodman
Smith & Goodman